# Earnings Statement



*MMR RESEARCH WORLDWIDE INC*
*345 TOMPKINS AVE*
*PLEASANTVILLE,   NY 10570*
#(000) 000-0000

| Period Beginning: | 02/12/2023 |
|---|---|
| Period Ending: | 02/25/2023 |
| Pay Date: | 03/03/2023 |

## 23-52797

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

**PRISCILLA CUDGER**
**540 HUNTINGTON PL**
**ROSWELL GA 30076**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 18.00 | 423.00 | 1,198.50 |
| Gross Pay | | | $423.00 | 1,198.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -26.23 | 74.31 |
| | Medicare Tax | -6.14 | 17.38 |
| | Net Pay | $390.63 | |
| | Checking 2Nd | -390.63 | 1,106.81 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $423.00
Your GA taxable wages this period are $423.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 18.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:      Single
Exemptions/Allowances:
  GA:     0 Plus 2 Dependents(Head  of Household)

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAR 2 2 2023  3:15PM

M. Regina Thomas, Clerk
By: _____
      Deputy Clerk

© 2000 ADP, Inc.

---

| Advice number: | 00000090002 |
|---|---|
| Pay date: | 03/03/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PRISCILLA CUDGER | xxxxxxxx4833 | xxxx xxxx | $390.63 |

**NON-NEGOTIABLE**

# Earnings Statement



MMR RESEARCH   WORLDWIDE   INC
345 TOMPKINS   AVE
PLEASANTVILLE,   NY  10570
#(914)  747-4061

| | |
|---|---|
| Period Beginning: | 01/15/2023 |
| Period Ending: | 01/28/2023 |
| Pay Date: | 02/03/2023 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

**PRISCILLA  CUDGER**
**540 HUNTINGTON  PL**
**ROSWELL  GA 30076**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 15.00 | 352.50 | 352.50 |
| Gross Pay | | | $352.50 | 352.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.86 | 21.86 |
| | Medicare Tax | -5.11 | 5.11 |
| | Net Pay | $325.53 | |
| | Checking 2Nd | -325.53 | 325.53 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $352.50
Your GA taxable wages this period are $352.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional  Employer  Organization
10200  Sunset  Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable  Marital  Status:
GA:        Single
Exemptions/Allowances:
GA:       0 Plus 2 Dependents(Head   of Household)

© 2000 ADP, Inc.



| | | | |
|---|---|---|---|
| Advice number: | | **00000050002** | |
| Pay date: | | 02/03/2023 | |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| PRISCILLA   CUDGER | xxxxxxxx4833 | xxxx  xxxx | $325.53 |

**NON-NEGOTIABLE**

# Earnings Statement



MMR RESEARCH   WORLDWIDE   INC
345 TOMPKINS  AVE
PLEASANTVILLE,    NY  10570
#(914)  747-4061

| | |
|---|---|
| Period Beginning: | 02/26/2023 |
| Period Ending: | 03/11/2023 |
| Pay Date: | 03/17/2023 |

PRISCILLA  CUDGER
540 HUNTINGTON  PL
ROSWELL  GA  30076

Filing Status: Head  of household
Exemptions/Allowances:
   Federal:  Optional  Higher  Withholding  Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 24.00 | 564.00 | 1,762.50 |
| Gross Pay | | | **$564.00** | 1,762.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -34.97 | 109.28 |
| | Medicare Tax | -8.18 | 25.56 |
| | GA State Income Tax | -2.22 | 2.22 |
| | Net Pay | **$518.63** | |
| | Checking 2Nd | -518.63 | 1,625.44 |
| | Net Check | **$0.00** | |

Your federal taxable wages this period are $564.00
Your  GA taxable wages this period are $564.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

**Important Notes**
ADP TotalSource,  Inc.,A  Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL  33173
1-844-448-0325

BASIS  OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable   Marital  Status:
GA:                Single
Exemptions/Allowances:
GA:            0 Plus 2 Dependents(Head    of Household)

© 2000 ADP, Inc.



| | account  number | transit  ABA | amount |
|---|---|---|---|
| Advice number: | 00000110002 | | |
| Pay date: | 03/17/2023 | | |
| Deposited   to the account  of | | | |
| PRISCILLA   CUDGER | xxxxxxxx4833 | xxxx  xxxx | $518.63 |

**NON-NEGOTIABLE**

Case 23-52797-lrc   Doc 4   Filed 03/22/23   Entered 03/24/23 10:11:28   Desc Main
Document      Page 4 of 21

12:05 ⌤

← **Mar 13 – Mar 19**

# $458.77

| | |
|---|---|
| DoorDash pay | $206.25 |
| Customer tip | $252.52 |

| | |
|---|---|
| Active Time | 18 hr, 41 min |
| Dash Time | 29 hr, 41 min |
| Deliveries | 52 |

## Dashes

| | |
|---|---|
| Sunday, Mar 19 | **$8.75** › |
| Sunday, Mar 19 | **$18.00** › |
| Sunday, Mar 19 | **$19.46** › |
| Sunday, Mar 19 | **$16.75** › |
| Sunday, Mar 19 | **$14.00** › |
| Sunday, Mar 19 | **$25.50** › |
| Sunday, Mar 19 | **$6.25** › |

# Uber

**Weekly Statement**
Feb 13, 2023 4 AM – Feb 20, 2023 4 AM



**Priscilla Cudger**

+16786087281        brown.cakequeen.priscilla@gmail.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Feb 13, 4:00 AM** | **$121.43** |

| | |
|---|---|
| **Payouts** | **$121.43** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Feb 13, 4:43 AM | $121.43 |

| | |
|---|---|
| **Ending balance at Mon, Feb 20, 4:00 AM** | **$0.00** |

# Uber

## Transactions

| Processed | Event | Payouts | Balance |
|---|---|---|---|
| Mon, Feb 13 4:43 AM | **Transferred To Bank Account** Feb 13 4:43 AM | -$121.43 | **-$121.43** $0.00 |

# Uber

Weekly Statement
Jan 23, 2023 4 AM – Jan 30, 2023 4 AM



**Priscilla Cudger**

+16786087281      brown.cakequeen.priscilla@gmail.com

## Weekly Summary

⌛  1 transactions from this week are still pending.

**Starting balance at Mon, Jan 23, 4:00 AM**                     $124.14

**Your earnings**                                               $174.04
For details, see: Breakdown of Your earnings

**Payouts**                                                     $124.14
This amount was withdrawn from your balance

    Transferred to your bank account on Mon, Jan 23, 5:04 AM          $124.14

**Ending balance at Mon, Jan 30, 4:00 AM**                     $174.04



## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$42.86** |
| Base | $42.86 |
| **Promotion** | **$4.31** |
| Boost | $4.31 |
| **Tip** | **$126.87** |
| **Your earnings** | **$174.04** |

# Uber

**Weekly Statement**
**Jan 23, 2023 4 AM – Jan 30, 2023 4 AM**

## Transactions

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Sun, Jan 29<br>6:07 PM | **Tip**<br>Jan 29 4:29 PM | $20.00 | | **$20.00**<br>$174.04 |
| Sun, Jan 29<br>5:27 PM | **Tip**<br>Jan 29 4:04 PM | $6.31 | | **$6.31**<br>$154.04 |
| Sun, Jan 29<br>5:07 PM | **Delivery**<br>Jan 29 4:29 PM | $2.98 | | **$2.98**<br>$147.73 |
| Sun, Jan 29<br>4:27 PM | **Order and pay**<br>Jan 29 4:04 PM | $4.82 | | **$4.82**<br>$144.75 |
| Sun, Jan 29<br>11:09 AM | **Tip**<br>Jan 29 9:33 AM | $5.00 | | **$5.00**<br>$139.93 |
| Sun, Jan 29<br>10:09 AM | **Delivery**<br>Jan 29 9:33 AM | $2.00 | | **$2.00**<br>$134.93 |
| Sat, Jan 28<br>8:26 PM | **Tip**<br>Jan 28 6:15 PM | $17.80 | | **$17.80**<br>$132.93 |
| Sat, Jan 28<br>8:15 PM | **Tip**<br>Jan 28 6:31 PM | $6.08 | | **$6.08**<br>$115.13 |
| Sat, Jan 28<br>7:59 PM | **Tip**<br>Jan 28 6:13 PM | $7.46 | | **$7.46**<br>$109.05 |
| Sat, Jan 28<br>6:59 PM | **Delivery**<br>Jan 28 6:13 PM | $6.83 | | **$6.83**<br>$101.59 |
| Sat, Jan 28<br>6:38 PM | **Tip**<br>Jan 28 5:11 PM | $7.01 | | **$7.01**<br>$94.76 |

# Uber

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Sat, Jan 28<br>5:38 PM | **Delivery**<br>Jan 28 5:11 PM | $2.32 | | **$2.32**<br>$87.75 |
| Sat, Jan 28<br>2:31 PM | **Tip**<br>Jan 28 12:47 PM | $6.03 | | **$6.03**<br>$85.43 |
| Sat, Jan 28<br>1:31 PM | **Delivery**<br>Jan 28 12:47 PM | $4.48 | | **$4.48**<br>$79.40 |
| Sat, Jan 28<br>11:58 AM | **Tip**<br>Jan 28 10:41 AM | $4.43 | | **$4.43**<br>$74.92 |
| Sat, Jan 28<br>10:58 AM | **Delivery**<br>Jan 28 10:41 AM | $2.75 | | **$2.75**<br>$70.49 |
| Sat, Jan 28<br>10:01 AM | **Tip**<br>Jan 28 8:28 AM | $4.10 | | **$4.10**<br>$67.74 |
| Sat, Jan 28<br>9:01 AM | **Delivery**<br>Jan 28 8:28 AM | $2.54 | | **$2.54**<br>$63.64 |
| Fri, Jan 27<br>9:00 PM | **Tip**<br>Jan 27 7:13 PM | $6.77 | | **$6.77**<br>$61.10 |
| Fri, Jan 27<br>8:55 PM | **Tip**<br>Jan 27 7:13 PM | $3.73 | | **$3.73**<br>$54.33 |
| Fri, Jan 27<br>7:55 PM | **Delivery**<br>Jan 27 7:13 PM | $3.00 | | **$3.00**<br>$50.60 |
| Fri, Jan 27<br>6:51 PM | **Tip**<br>Jan 27 5:13 PM | $3.00 | | **$3.00**<br>$47.60 |
| Fri, Jan 27<br>6:41 PM | **Tip**<br>Jan 27 5:09 PM | $3.00 | | **$3.00**<br>$44.60 |

# Uber

**Weekly Statement**
Jan 23, 2023 4 AM – Jan 30, 2023 4 AM

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Fri, Jan 27<br>5:41 PM | **Delivery**<br>Jan 27 5:09 PM | $5.64 | | **$5.64**<br>$41.60 |
| Fri, Jan 27<br>10:51 AM | **Tip**<br>Jan 27 9:28 AM | $4.95 | | **$4.95**<br>$35.96 |
| Fri, Jan 27<br>10:44 AM | **Tip**<br>Jan 27 9:20 AM | $8.51 | | **$8.51**<br>$31.01 |
| Fri, Jan 27<br>9:44 AM | **Delivery**<br>Jan 27 9:20 AM | $3.50 | | **$3.50**<br>$22.50 |
| Thu, Jan 26<br>1:30 PM | **Tip**<br>Jan 26 12:13 PM | $4.00 | | **$4.00**<br>$19.00 |
| Thu, Jan 26<br>12:30 PM | **Delivery**<br>Jan 26 12:13 PM | $2.00 | | **$2.00**<br>$15.00 |
| Thu, Jan 26<br>10:30 AM | **Tip**<br>Jan 26 9:09 AM | $4.00 | | **$4.00**<br>$13.00 |
| Thu, Jan 26<br>9:30 AM | **Delivery**<br>Jan 26 9:09 AM | $2.00 | | **$2.00**<br>$9.00 |
| Wed, Jan 25<br>3:21 PM | **Tip**<br>Jan 25 1:57 PM | $4.69 | | **$4.69**<br>$7.00 |
| Wed, Jan 25<br>2:21 PM | **Delivery**<br>Jan 25 1:57 PM | $2.31 | | **$2.31**<br>$2.31 |
| Mon, Jan 23<br>5:04 AM | **Transferred To Bank Account**<br>Jan 23 5:04 AM | | -$124.14 | **-$124.14**<br>$0.00 |

# Uber

Weekly Statement
Jan 9, 2023 4 AM – Jan 16, 2023 4 AM



**Priscilla Cudger**

+16786087281      brown.cakequeen.priscilla@gmail.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jan 9, 4:00 AM** | **$63.94** |
| **Your earnings** | **$241.60** |
| For details, see: Breakdown of Your earnings | |

| | |
|---|---|
| **Payouts** | **$63.94** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Jan 9, 5:27 AM | $63.94 |

| | |
|---|---|
| **Ending balance at Mon, Jan 16, 4:00 AM** | **$241.60** |

# Uber

## Breakdown of Your earnings

| | | |
|---|---|---:|
| **Fare** | | **$78.65** |
| | Base | $75.40 |
| | Surge | $3.25 |
| **Promotion** | | **$8.03** |
| | Boost | $8.03 |
| **Tip** | | **$154.92** |

| | |
|---|---:|
| **Your earnings** | **$241.60** |

# Uber

## Transactions

| Processed | Event | Your earnings | Payouts | Balance |
|-----------|-------|---------------|---------|---------|
| Sun, Jan 15<br>8:16 PM | **Tip**<br>Jan 15 6:46 PM | $4.50 | | **$4.50**<br>$241.60 |
| Sun, Jan 15<br>7:51 PM | **Tip**<br>Jan 15 5:53 PM | $8.39 | | **$8.39**<br>$237.10 |
| Sun, Jan 15<br>7:45 PM | **Tip**<br>Jan 15 6:16 PM | $8.65 | | **$8.65**<br>$228.71 |
| Sun, Jan 15<br>7:16 PM | **Delivery**<br>Jan 15 6:46 PM | $2.35 | | **$2.35**<br>$220.06 |
| Sun, Jan 15<br>6:59 PM | **Tip**<br>Jan 15 5:24 PM | $3.90 | | **$3.90**<br>$217.71 |
| Sun, Jan 15<br>6:45 PM | **Delivery**<br>Jan 15 5:53 PM | $4.86 | | **$4.86**<br>$213.81 |
| Sun, Jan 15<br>5:59 PM | **Delivery**<br>Jan 15 5:24 PM | $2.00 | | **$2.00**<br>$208.95 |
| Sun, Jan 15<br>2:56 PM | **Tip**<br>Jan 15 1:29 PM | $5.48 | | **$5.48**<br>$206.95 |
| Sun, Jan 15<br>1:56 PM | **Delivery**<br>Jan 15 1:29 PM | $2.00 | | **$2.00**<br>$201.47 |
| Sat, Jan 14<br>9:17 PM | **Tip**<br>Jan 14 7:21 PM | $6.69 | | **$6.69**<br>$199.47 |
| Sat, Jan 14<br>8:17 PM | **Delivery**<br>Jan 14 7:21 PM | $3.03 | | **$3.03**<br>$192.78 |

# Uber

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Sat, Jan 14<br>7:06 PM | **Tip**<br>Jan 14 5:38 PM | $7.67 | | **$7.67**<br>$189.75 |
| Sat, Jan 14<br>6:35 PM | **Tip**<br>Jan 14 4:55 PM | $5.00 | | **$5.00**<br>$182.08 |
| Sat, Jan 14<br>6:06 PM | **Delivery**<br>Jan 14 5:38 PM | $3.02 | | **$3.02**<br>$177.08 |
| Sat, Jan 14<br>5:35 PM | **Order and pay**<br>Jan 14 4:55 PM | $13.70 | | **$13.70**<br>$174.06 |
| Sat, Jan 14<br>2:08 PM | **Tip**<br>Jan 13 3:35 PM | $4.00 | | **$4.00**<br>$160.36 |
| Sat, Jan 14<br>1:57 PM | **Tip**<br>Jan 14 12:09 PM | $3.00 | | **$3.00**<br>$156.36 |
| Sat, Jan 14<br>12:57 PM | **Delivery**<br>Jan 13 3:35 PM | $5.36 | | **$5.36**<br>$153.36 |
| Sat, Jan 14<br>11:26 AM | **Tip**<br>Jan 14 9:52 AM | $11.29 | | **$11.29**<br>$148.00 |
| Sat, Jan 14<br>10:26 AM | **Delivery**<br>Jan 14 9:52 AM | $2.87 | | **$2.87**<br>$136.71 |
| Fri, Jan 13<br>7:46 PM | **Tip**<br>Jan 13 5:56 PM | $2.00 | | **$2.00**<br>$133.84 |
| Fri, Jan 13<br>7:39 PM | **Tip**<br>Jan 13 5:56 PM | $5.00 | | **$5.00**<br>$131.84 |
| Fri, Jan 13<br>6:39 PM | **Delivery**<br>Jan 13 5:56 PM | $5.01 | | **$5.01**<br>$126.84 |

# Uber

Weekly Statement
Jan 9, 2023 4 AM – Jan 16, 2023 4 AM

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Fri, Jan 13<br>1:52 PM | **Tip**<br>Jan 13 11:53 AM | $12.36 | | **$12.36**<br>$121.83 |
| Fri, Jan 13<br>12:52 PM | **Delivery**<br>Jan 13 11:53 AM | $2.83 | | **$2.83**<br>$109.47 |
| Fri, Jan 13<br>10:38 AM | **Tip**<br>Jan 13 9:21 AM | $4.36 | | **$4.36**<br>$106.64 |
| Fri, Jan 13<br>9:38 AM | **Delivery**<br>Jan 13 9:21 AM | $2.00 | | **$2.00**<br>$102.28 |
| Thu, Jan 12<br>9:50 PM | **Tip**<br>Jan 12 8:04 PM | $6.48 | | **$6.48**<br>$100.28 |
| Thu, Jan 12<br>9:38 PM | **Tip**<br>Jan 12 8:04 PM | $8.50 | | **$8.50**<br>$93.80 |
| Thu, Jan 12<br>8:38 PM | **Delivery**<br>Jan 12 8:04 PM | $3.72 | | **$3.72**<br>$85.30 |
| Thu, Jan 12<br>7:34 PM | **Tip**<br>Jan 12 5:41 PM | $12.42 | | **$12.42**<br>$81.58 |
| Thu, Jan 12<br>7:04 PM | **Tip**<br>Jan 12 5:02 PM | $2.97 | | **$2.97**<br>$69.16 |
| Thu, Jan 12<br>6:46 PM | **Tip**<br>Jan 12 4:56 PM | $5.54 | | **$5.54**<br>$66.19 |
| Thu, Jan 12<br>6:39 PM | **Tip**<br>Jan 12 4:46 PM | $7.00 | | **$7.00**<br>$60.65 |
| Thu, Jan 12<br>6:34 PM | **Delivery**<br>Jan 12 5:41 PM | $3.35 | | **$3.35**<br>$53.65 |

# Uber

| Processed | Event | Your earnings | Payouts | Balance |
|---|---|---|---|---|
| Thu, Jan 12<br>5:39 PM | **Delivery**<br>Jan 12 4:46 PM | $11.11 | | **$11.11**<br>$50.30 |
| Thu, Jan 12<br>11:07 AM | **Tip**<br>Jan 12 9:20 AM | $1.00 | | **$1.00**<br>$39.19 |
| Thu, Jan 12<br>10:07 AM | **Order and pay**<br>Jan 12 9:21 AM | $10.54 | | **$10.54**<br>$38.19 |
| Wed, Jan 11<br>8:34 PM | **Tip**<br>Jan 11 6:32 PM | $5.66 | | **$5.66**<br>$27.65 |
| Wed, Jan 11<br>7:34 PM | **Delivery**<br>Jan 11 6:32 PM | $2.68 | | **$2.68**<br>$21.99 |
| Wed, Jan 11<br>7:28 PM | **Tip**<br>Jan 11 5:53 PM | $3.00 | | **$3.00**<br>$19.31 |
| Wed, Jan 11<br>6:28 PM | **Delivery**<br>Jan 11 5:53 PM | $3.21 | | **$3.21**<br>$16.31 |
| Wed, Jan 11<br>11:59 AM | **Tip**<br>Jan 11 10:17 AM | $10.06 | | **$10.06**<br>$13.10 |
| Wed, Jan 11<br>10:59 AM | **Delivery**<br>Jan 11 10:17 AM | $3.04 | | **$3.04**<br>$3.04 |
| Mon, Jan 9<br>5:27 AM | **Transferred To Bank Account**<br>Jan 9 5:27 AM | | -$63.94 | **-$63.94**<br>$0.00 |



CO.   FILE   DEPT.   CLOCK   VCHR. NO.
D3N   205996   001990   0000003634
ASSOC ID 992412541

# Earnings Statement



**ACOSTA, INC**
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE,   FL  32216-0973

| Period Beginning: | 02/05/2023 |
|---|---|
| Period Ending: | 02/18/2023 |
| Pay Date: | 02/24/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PRISCILLA   CUDGER
165  RIVERSONG  DR
ALPHARETTA   GA  30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 17.25 | 215.63 | 912.51 |
| Part Time Pto | | | | 8.38 |
| **Gross Pay** | | | **$215.63** | 920.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -13.37 | 57.10 |
| | Medicare Tax | -3.12 | 13.35 |
| | GA State Income Tax | -0.08 | 1.41 |
| | **Net Pay** | **$199.06** | |
| | Checking | -199.06 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY  PHONE NUMBER  IS 877-992-7547

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:           Single
Exemptions/Allowances:
  GA:           0

Your  federal  taxable  wages  this  period  are  $215.63

© 2000 ADP, Inc.



ACOSTA , INC
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE , FL  32216-0973

| Advice number: | 00000085664 |
|---|---|
| Pay date: | 02/24/2023 |



Deposited  to the account  of
PRISCILLA   CUDGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4833 | xxxx xxxx | $199.06 |

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
D3N  205996  001990  000000065856
ASSOC ID 992412541

# Earnings Statement



**acosta**

ACOSTA, INC
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE, FL 32216-0973

Period Beginning: 01/22/2023
Period Ending: 02/04/2023
Pay Date: 02/10/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

PRISCILLA CUDGER
165 RIVERSONG DR
ALPHARETTA GA 30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 21.25 | 265.63 | 696.88 |
| Part Time Pto | | | | 8.38 |
| **Gross Pay** | | | **$265.63** | 705.26 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 877-992-7547

**Additional Tax Withholding Information**

Taxable Marital Status:
GA:        Single
Exemptions/Allowances:
GA:        0

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -16.47 | 43.73 |
| | Medicare Tax | -3.86 | 10.23 |
| | GA State Income Tax | -0.86 | 1.33 |
| **Net Pay** | | **$244.44** | |
| | Checking | -244.44 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $265.63

© 2000 ADP, Inc.

**acosta**

ACOSTA, INC
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE, FL 32216-0973

Advice number:      00000065857
Pay date:      02/10/2023

Deposited to the account of
PRISCILLA CUDGER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx4833 | xxxx xxxx | $244.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| NF0 | 000156 | 000200 | 0000070002 | 1 |

MMR RESEARCH  WORLDWIDE  INC
345 TOMPKINS  AVE
PLEASANTVILLE,   NY  10570
#(914)  747-4061

Period Beginning:     01/29/2023
Period Ending:        02/11/2023
Pay Date:             02/17/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Optional Higher Withholding  Table

**PRISCILLA  CUDGER**
**540 HUNTINGTON  PL**
**ROSWELL  GA 30076**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 18.00 | 423.00 | 775.50 |
| Gross Pay | | | $423.00 | 775.50 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -26.22 | | 48.08 |
| | Medicare Tax | -6.13 | | 11.24 |
| | Net Pay | | $390.65 | |
| | Checking 2Nd | -390.65 | | 716.18 |
| | Net Check | | $0.00 | |

Your federal taxable wages this period are $423.00
Your GA taxable wages this period are $423.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 18.00 | |

### Important Notes
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200 Sunset  Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
   GA:            Single
Exemptions/Allowances:
   GA:            0 Plus 2 Dependents(Head  of Household)

© 2000 ADP, Inc.

**ADP**

THIS IS NOT A CHECK

| Advice number: | 00000070002 |
|---|---|
| Pay date: | 02/17/2023 |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| PRISCILLA  CUDGER | xxxxxxxx4833 | xxxx  xxxx | $390.65 |

**NON-NEGOTIABLE**

# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| D3N | 205996 | 001990 | 0000 | 00914444 |
| | | ASSOC. ID: 992412541 | | |

**ACOSTA, INC**
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE, FL 32216-0973

| | |
|---|---|
| Period Beginning: | 02/19/2023 |
| Period Ending: | 03/04/2023 |
| Pay Date: | 03/10/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**PRISCILLA CUDGER
165 RIVERSONG DR
ALPHARETTA GA 30022**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.5000 | 18.75 | 234.38 | 1,146.89 |
| Part Time Pto | | | | 8.38 |
| **Gross Pay** | | | **$234.38** | 1,155.27 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Social Security Tax | -14.53 | | 71.63 |
| | Medicare Tax | -3.40 | | 16.75 |
| | GA State Income Tax | -0.27 | | 1.68 |
| | **Net Pay** | **$216.18** | | |
| | Checking | -216.18 | | |
| | **Net Check** | **$0.00** | | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 877-992-7547

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:          Single
Exemptions/Allowances:
  GA:          0

Your federal taxable wages this period are $234.38

© 2000 ADP, Inc.

**ACOSTA, INC**
6600 CORPORATE CENTER PARKWAY
JACKSONVILLE, FL 32216-0973

| Advice number: | 00000105944 |
|----------------|-------------|
| Pay date: | 03/10/2023 |

Deposited to the account of
PRISCILLA CUDGER

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxx4833 | xxxx xxxx | $216.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**